NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TONY HOPPS,                                )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No. 2D18-4027
                                           )
STATE OF FLORIDA,                          )
                                           )
          Appellee.                        )
_____)

Opinion filed April 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark R. Wolfe,
Judge.

Tony Hopps, pro se.


PER CURIAM.

          Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); Tucker v.

State, 726 So. 2d 768 (Fla. 1999); State v. King, 426 So. 2d 12 (Fla. 1982); Pratte v.

State, 946 So. 2d 1184 (Fla. 2d DCA 2006); Bizzell v. State, 912 So. 2d 386 (Fla. 2d

DCA 2005); Hopps v. State, 594 So. 2d 848 (Fla. 2d DCA 1992); Desmond v. State,

576 So. 2d 743 (Fla. 2d DCA 1991); Luttrell v. State, 513 So. 2d 1298 (Fla. 2d DCA

1987); Budd v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); McMillan v. State, 832 So. 2d

946 (Fla. 5th DCA 2002); Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998); Small v.

State, 556 So. 2d 780 (Fla. 1st DCA 1990).

KELLY, VILLANTI, and BADALAMENTI,JJ., Concur.